```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11123
   FLOYD S HOWARD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-7703


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/01/2008 and was not confirmed.

     The case was dismissed without confirmation 09/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CHASE BANK USA             UNSEC W/INTER       650.20            .00           .00
FIRST USA BANK             UNSEC W/INTER  NOT FILED              .00           .00
FIRST USA BANK             UNSEC W/INTER  NOT FILED              .00           .00
NICOR GAS                  UNSEC W/INTER  NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER       565.07            .00           .00
FELICIA WARWICK            NOTICE ONLY    NOT FILED              .00           .00
KIMBERLY JOHNSON           NOTICE ONLY    NOT FILED              .00           .00
VERNA TURNER               NOTICE ONLY    NOT FILED              .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00             .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    26429.25             .00           .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00             .00           .00
WELLS FARGO BANK NA        CURRENT MORTG         .00             .00           .00
WELLS FARGO BANK NA        MORTGAGE ARRE         .00             .00           .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG         .00             .00           .00
WELLS FARGO BANK           NOTICE ONLY    NOT FILED              .00           .00
COUNTRYWIDE HOME LOANS     SECURED NOT I      272.66             .00           .00
CODILIS & ASSOCIATES       NOTICE ONLY    NOT FILED              .00           .00
WILSHIRE CREDIT CORPORAT   UNSEC W/INTER  NOT FILED              .00           .00
CHASE BANK USA NA          UNSEC W/INTER     5196.47             .00           .00
CHASE BANK USA NA          UNSEC W/INTER     4028.45             .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY       1,774.00            .00      1,729.85
TOM VAUGHN                 TRUSTEE                                          150.42
DEBTOR REFUND              REFUND                                           573.35

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             2,453.62

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              1,729.85
TRUSTEE COMPENSATION                          150.42

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11123 FLOYD S HOWARD
```

```
DEBTOR REFUND                                                      573.35
                                       ---------------    ---------------
TOTALS                                        2,453.62           2,453.62
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE